# United States Court of Appeals for the Federal Circuit

October 15, 2008

ERRATA

**Appeal No. 2008-1029, -1030, -1031, -1032, -1059**

Precedential Opinion, <u>Cohesive Tech. Inc. v. Waters Corp.</u>

Decided:  October 7, 2008

Please make the following change:

On page 16, footnote 2, line 4, delete "resolved need" and insert -- unresolved need --.